**Order entered December 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01427-CV

### TROY D. SHIELDS, JR., Appellant

### V.

### PATRICIA K. SHIELDS, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04278-C**

### ORDER

Before the Court is appellant's November 23, 2020 motion for extension of time to file his corrected opening brief. We **GRANT** the motion and **ORDER** the corrected opening brief received November 10, 2020 filed as of the date of this order.

Appellee's brief shall be filed no later than December 31, 2020.

/s/    BILL WHITEHILL
       JUSTICE